Richard W. Wieking                                                                                 General Court Number

Clerk                                                                                                          415.522.2000


## March 19, 2012


**CASE NUMBER:  CV 12-01170 MEJ**

**CASE TITLE: KIRK YEE-v-SIMPLY ORANGE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/19/12


FOR THE EXECUTIVE COMMITTEE:

_____

Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects

Log Book Noted                                                       Entered in Computer 3/19/12


CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                           Transferor CSA